ROBERT E. BELSHAW, State Bar No. 142028
Of Counsel
GUTIERREZ & ASSOCIATES
244 California
San Francisco, California 94111
Telephone: (415) 956-9590
rob@gutierrez-adr.com

Attorneys for Plaintiff
American Small Business League

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| American Small Business League<br><br>Plaintiff,<br><br>v.<br><br>United States Small Business Administration<br><br>Defendant. | Case No. C 09-1098 EMC<br><br>STIPULATION OF COUNSEL FOR CONTINUATION OF HEARING DATE ON MOTION TO DISMISS OR SUMMARY JUDGMENT AND CONTINUATION OF CASE MANAGEMENT CONFERENCE DATE<br><br>ORDER |

The parties to this action, through their respective counsel, stipulate that the hearing on Defendant United States Small Business Administration's Motion to Dismiss, or in the Alternative for Summary Judgment, currently set for June 3, 2009 at 10:30 a.m., be continued to June 17, 2009 at 10:30 a.m. The parties further stipulate and request that the June 10, 2009 deadline for the Rule 26(f) Report, initial disclosures, and filing of the Case Management Statement be continued to July 29, 2009, and the Case Management Conference to August 5, 2009.

Dated: May 21, 2009
Gutierrez & Associates

s/ Robert Belshaw

Attorneys for the American
Small Business League

Dated: May 21, 2009
Joseph P. Russoniello
United States Attorney

/s/Melanie L. Proctor

Assistant United States Attorney
Attorneys for Defendant

1
**Stipulation re Continuance of Hearing and CMC**
**Case No. C 09-1098 EMC**

**PROPOSED ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The hearing scheduled for June 3, 2009, is hereby continued to June 17, 2009. The Case Management Statement shall be due July 29, 2009. The Case Management Conference is hereby continued to August 5, 2009.

Dated: May 22, 2009



EDWARD M. CHEN
United States Magistrate Judge