1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  AMERICAN SMALL BUSINESS          )    No. C 09-1098 EMC
    LEAGUE,                          )
13                                   )
                    Plaintiff,       )
14                                   )    JOINT MOTION TO BE EXCUSED
         v.                          )    FROM THE FORMAL ADR PROCESS
15                                   )    and ~~PROPOSED~~ ORDER
    UNITED STATES SMALL BUSINESS     )
16  ADMINISTRATION                   )
                                     )
17                  Defendant.       )
                                     )

18          Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

19  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

20  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

21  provided by the court and private entities, and considered whether this case might benefit from any

22  of them.

23          Here, the parties agree that referral to a formal ADR process will not be beneficial because

24  this action is limited to Plaintiff's request that this Court review Defendant's denial of his Freedom

25  of Information Act request. Defendant avers that it does not have any responsive records. Given the

26  substance of the action and the lack of any potential middle ground, ADR will only serve to multiply

27  the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c),

28  the parties request the case be removed from the ADR Multi-Option Program and that they be

JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS and PROPOSED ORDER
C 09-1095 EMC                                    1

1   excused from participating in the ADR phone conference and any further formal ADR process.

2   Dated:  5/27/09                      Respectfully submitted,

3                                        JOSEPH P. RUSSONIELLO
4                                        United States Attorney

5
6                                              /s/
                                         MELANIE L. PROCTOR
7                                        Assistant United States Attorney
                                         Attorneys for Defendants
8
    Dated:  052709
9                                        ROBERT E. BELSHAW
10                                       Attorney for Plaintiff

11                          **PROPOSED ORDER**

12          Pursuant to stipulation, IT IS SO ORDERED.

13  Dated:    May 29, 2009

14                                       EDWARD

15

16

17                                       Judge Edward M. Chen

18

19

20

21

22

23

24

25

26

27  ─────────────────────

28  [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/s/) within this efiled document.

    JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS and PROPOSED ORDER
    C 09-1095 EMC                              2